UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS POWELL,<br><br>Plaintiff,<br><br>v.<br><br>T. ARTIMES POWELL,<br><br>Defendant. | No. 2:17-cv-01751-TLN-CKD<br><br><br><br>**ORDER** |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On August 31, 2017, the magistrate judge filed findings and recommendations herein which contained notice to all party that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 31, 2017 are adopted in full;

2. This action is summarily REMANDED to the Superior Court of California, County of Sacramento; and

3. The Clerk of Court shall close this case.

Dated: October 3, 2017

                Troy L. Nunley
                United States District Judge